MARY JO SCHMIDT, APPELLEE, V. GEORGE HENRY
SCHMIDT, APPELLANT.

346 N.W.2d 257

Filed March 23, 1984. No. 83-622.

Charles L. Caskey, for appellant.

Ross A. Stoffer of Mueting, DeLay & Stoffer, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.
The court, having reviewed the record in this case, finds that the judgment of the trial court should be affirmed. Appellee is awarded the sum of $500 for the services of her attorney in this court.

AFFIRMED.